AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec 101-112)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Collyer, Rosemary M. | District Court - Washington D. | 8/2/02 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. District Judge Nominee | 5. Report Type (check type)<br><br>X Nomination, Date 08/01/1902<br><br>Initial ___ Annual ___ Final | 6. Reporting Period<br>01/01/2001<br>to<br>07/31/1902 |

| 7. Chambers or Office Address<br><br>Crowell & Moring LLP<br><br>1001 Pennsylvania Ave., NW<br><br>Washington, DC 20004 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions) | |
| 1 | Partner | Crowell & Moring LLP |
| 2 | | |
| 3 | Trustee | Leon Zebroski Irrevocable Insurance Trust |

## II. AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | 04/89 | Crowell & Moring LLP Partnership Agreement (Capital Account repayable in 4 years) |
| 2 | | |
| 3 | | |

## II. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME *(yours, not spouse's)* |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income) | | |
| 1 | 2000 | Crowell & Moring | 495,000 |
| 2 | 2001 | Crowell & Moring LLP | 944,000 |
| 3 | July 200 | Crowell & Moring LLP | 460,000 |
| 4 | | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
0=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 VRTX (IRA) | | None | J | T | | | | | |
| 2 Schwab Money Market Fund Account (IRA) | A | Interest | J | T | | | | | |
| 3 Fidelity Agressive Growth Fund | A | Dividend | K | T | | | | | |
| 4 Sequoia Fund | D | Dividend | N | T | | | | | |
| 5 Fidelity Spartin US Equity Index Fund | A | Dividend | J | T | | | | | |
| 6 Fidelity Puritan Fund | A | Dividend | K | T | | | | | |
| 7 Fidelity Diversified International Fund | A | Dividend | K | T | | | | | |
| 8 Fidelity Managed Income Portfolio II (Stable Value | A | Dividend | J | T | | | | | |
| 9 BRKB - Common Class B | | None | N | T | | | | | |
| 10 Fidelity Money Market Mutual Fund | A | Interest | J | T | | | | | |
| 11 UST Inflation Index Notes 3.375% 1/15/12 TIPS | B | Interest | M | T | | | | | |
| 12 AFC - Common | | None | J | T | | | | | |
| 13 ADRX - Common | | None | K | T | | | | | |
| 14 BRKA - Common Class A | | None | M | T | | | | | |
| 15 CMGI - Common | | None | J | T | | | | | |
| 16 Fidelity Real Estate Investment Fund | B | Dividend | K | T | | | | | |
| 17 INTC - Common | A | Dividend | K | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 8/27/02 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 MSFT - Common | | None | K | T | | | | | |
| 19 PFE - Common | A | Dividend | K | T | | | | | |
| 20 ING Asia Pacific Equity Class A Fund | B | Dividend | K | T | | | | | |
| 21 Fidelity Spartin Maryland Mun Fund | A | Dividend | J | T | | | | | |
| 22 Fidelity Spartin Mun Money Mkt Fund | A | Dividend | J | T | | | | | |
| 23 Massachusetts Muni Bonds | B | Interest | J | T | | | | | |
| 24 King Co WA Muni Bonds | B | Interest | J | T | | | | | |
| 25 NY Urb Dev Muni Bonds | B | Interest | J | T | | | | | |
| 26 Hopkins, MN Muni Bonds | B | Interest | J | T | | | | | |
| 27 MD Gen Obl Muni Bonds | B | Interest | K | T | | | | | |
| 28 Anne Arundel Co MD Muni Bonds | B | Interest | K | T | | | | | |
| 29 Balto MD Const Pub Imp Muni Bonds | B | Interest | K | T | | | | | |
| 30 MD Health&Higher Ed Facs Muni Bonds | B | Interest | K | T | | | | | |
| 31 Fidelity Core Account (Cash) | C | Interest | M | T | | | | | |
| 32 APHT - Common (IRA#2) | | None | K | T | | | | | |
| 33 ELN - Common (IRA#2) | | None | J | T | | | | | |
| 34 HGSI - Common (IRA#2) | | None | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 IVX - Common (IRA#2) | | None | K | T | | | | | |
| 36 MTSX - Common (IRA#2) | | None | J | T | | | | | |
| 37 MLNM - Common (IRA#2) | | None | K | T | | | | | |
| 38 NBIX - Common (IRA#2) | | None | L | T | | | | | |
| 39 ELGX - Common (formerly RADX) (IRA#2) | | None | K | T | | | | | |
| 40 Schwab Money Mrkt Fund (IRA#2) | A | Dividend | J | T | | | | | |
| 41 UST Inflation Index Notes 3.375% 1/15/12 TIPS | A | Interest | K | T | | | | | |
| 42 Merrill Lynch CMA | a | Dividend | L | T | | | | | |
| 43 Citibank | A | Interest | L | T | | | | | |
| 44 CMGI - Common | | None | | | | | | | |
| 45 GLW - Common | A | Dividend | | | | | | | |
| 46 CYBA - Common | | None | | | | | | | |
| 47 ITWO - Common | | None | | | | | | | |
| 48 NT - Common | A | Dividend | | | | | | | |
| 49 SUNW - Common | | None | | | | | | | |
| 50 MYL - Common | A | Dividend | | | | | | | |
| 51 Columbia S&L - Common (IRA#2) | | None | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52  SEPR - Common (IRA#2) | | None | | | | | | | |
| 53  GNSS - Common (IRA#2) | | None | | | | | | | |
| 54  INMR - Common (IRA#2) | | None | | | | | | | |
| 55  CRA Common | | None | | | | | | | |
| 56  TYC - Common | A | Dividend | | | | | | | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- |
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| --- | --- | --- | --- | --- |
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| --- | --- | --- | --- |
| (Col. C2) U=Book Value | V=Other | W=Estimated | |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U S.C. 7353 and Judicial Conference regulations.

Signature _Rosemary M Colly_    Date _8/2/02_

Note:    Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS (000) | | | | LIABILITIES (000) | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 2 | 5 | 8 | Notes payable to banks-secured | | 3 | 8 |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 1 6 | 6 | 3 | Notes payable to relatives | | | |
| Unlisted securities-add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 2 | 4 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | 8 | 8 | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | 6 | 1 | 3 |
| Real estate owned-add schedule | 1 2 | 6 | 0 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 7 | 2 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Capital Account/Crowell & Moring LLP | 1 | 9 | 7 | | | | |
| | | | | Total liabilities | 6 | 7 | 5 |
| | | | | Net Worth | 2 8 | 6 | 3 |
| Total Assets | 3 5 | 3 | 8 | Total liabilities and net worth | 3 5 | 3 | 8 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) NO | | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? NO | | | |
| Legal Claims | | | | Have you ever taken bankruptcy? NO | | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

27